**Benjamin R. BURROUGHS, on Behalf of OPERATING ENGINEERS LOCAL UNION NO. 3, Plaintiff-Appellant,**

v.

**Dale MARR, Harold Huston, James R. Ivy, Harold K. Lewis, Donald R. Strate, and Dennis Wright, Defendants-Appellees.**

No. 82–4650.

United States Court of Appeals,
Ninth Circuit.

July 5, 1984.

Michael Friedman, Siegel, Friedman & Dickstein, Oakland, Cal., for plaintiff-appellant.

John J. Davis, McCarthy, Johnson & Miller, Kimball S. Atwood, Cooley, Godward,

Castro, Huddleson, San Francisco, Cal., for defendants-appellees.

### ORDER

Appeal from the United States District Court for the Northern District of California.

Case below: 559 F.Supp. 141.

Before KENNEDY and BOOCHEVER, Circuit Judges, and EAST *, District Judge.

The opinion filed December 15, 1983 is hereby withdrawn. The appeal is dismissed as moot.

Withdrawn on rehearing, 9th Cir., 742 F.2d 509.

---

* The Honorable C.A. Muecke, Chief Judge, United States District Court for the District of Arizona, sitting by designation.

* Honorable William G. East, Senior United States District Judge for the District of Oregon, sitting by designation.